IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, for the use of Gulf Coast Supply & Manufacturing, LLC, | ) ) ) ) | C/A No.: 3:21-330-JMC-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| Fortis SBJV, LLC; Western Surety Company; Federal Insurance Company; Your Roofers LLC; and Michelle Hopper, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| Gulf Coast Supply & Manufacturing, LLC, | ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| Your Roofers LLC and Steel Standing LLC; | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

Plaintiffs filed this case in this court on February 3, 2021. Pursuant to the First Amended Scheduling Order entered by the court, discovery was to be completed by November 18, 2021, with dispositive motions, if any, to be filed by no later than December 1, 2021. [ECF No. 60]. These deadlines have now expired.

1

2

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

December 14, 2021
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

2